UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KISHA S., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-02397-DML-SEB |
| | ) |
| NANCY A. BERRYHILL, | ) |
| | ) |
| Defendant. | ) |

# Judgment

The court, having entered its Decision on Judicial Review on this date, it is

ADJUDGED that the decision of the Commissioner is AFFIRMED.

So ORDERED.

Date: 9/19/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov

Edward A. Wicklund
OLINSKY LAW GROUP
twicklund@windisability.com